

# Fourth Court of Appeals
## San Antonio, Texas

October 14, 2020

No. 04-20-00172-CR

Bruce **JONES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CR-5212
Honorable Andrew Wyatt Carruthers, Judge Presiding

## ORDER

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR LACK OF JURISDICTION.

It is so **ORDERED** on October 14, 2020.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of October, 2020.

_Michael A. Cruz_
Michael A. Cruz, Clerk of Court